[No. 11612–6–I.   Division One.   February 27, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY
DEAN MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 81–1–03378–1, David C. Hunter, J., entered
March 16, 1982. *Affirmed* by unpublished opinion per
Durham, C.J., concurred in by Callow and Scholfield, JJ.

[Nos. 12256–8–I; 12326–2–I.   Division One.   February 27, 1984.]

*In the Matter of the Personal Restraint of*
JOHN HENRY DAVIS, *Petitioner*.

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
HENRY DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 82–1–01493–8, Terrence A. Carroll, J., entered
September 16, 1982, together with a petition for relief from
personal restraint. Judgment *affirmed* and petition *dis-
missed* by unpublished opinion per Andersen, J., concurred
in by Swanson and Williams, JJ.

[No. 12452–8–I.   Division One.   February 27, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
HENRY WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 82–1–01597–7, Charles V. Johnson, J., entered
November 5, 1982. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Swanson and Andersen, JJ.